```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA            *

      vs.                           *   CRIMINAL NO. MJG-07-0239

SAIFULLAH ANJUM RANJHA, et al.   *

\*         \*         \*         \*         \*         \*         \*         \*         \*

## MEMORANDUM AND ORDER

The Court has before it the Motion requesting the Court to Order Defendant's Attorneys to Release and Forward Discovery Contents of his Case [Document 248]. The Court finds no need for a hearing or for any response from the Government.

The Court has requested Defendant Rahnja's counsel to advise whether they had any of the materials sought. Mr. Purpura, who served as appointed counsel, prior to the entry of appearance by Mr. Kramer, has stated that he has no pertinent documents other than the Indictment. Mr. Kramer, by letter (attached hereto as Exhibit A) states that he reviewed all discovery provided by the Government but did not obtain copies of the materials now sought. The Court has no reason to doubt counsel.

More significantly, as noted by Mr. Kramer, there does not appear to be any "legal need" or "legal purpose" for Defendant Ranhja's request. There is nothing pending in the instant case. Nor does Defendant Rahnja specify any possible "legal need" or

"legal purpose."

Accordingly, the Motion requesting the Court to Order Defendant's Attorneys to Release and Forward Discovery Contents of his Case [Document 248] is DENIED.

SO ORDERED, this Thursday, September 20, 2012.

/s/
Marvin J. Garbis
United States District Judge